# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:24-cr-00283-AMM-NAD |
| ) | |
| TERRANCE ALONZO PRUITT ) | |

## STIPULATION OF THE PARTIES

The parties in the above-captioned matter hereby stipulate to the following facts in advance of trial:

1.   The transfer of $50,000 on or about December 9, 2023 from a Wells Fargo bank account ending in -2609 to a Wells Fargo bank account ending in -9761 controlled by Terrance Alonzo Pruitt involved the transmission of a wire communication in interstate commerce.

2.   The transfer of $500,000 on or about December 9, 2023 from a Wells Fargo bank account ending in -8143 to a Wells Fargo bank account ending in -6762 controlled by Terrance Alonzo Pruitt involved the transmission of a wire communication in interstate commerce.

**Signatures for Defendant:**

| Date | Defendant | Date | Defendant's Attorney |
|---|---|---|---|
| 12/4/24 | Terrance Alonzo Pruitt | 12/4/24 | Brion D. Russell |

**Signature for the United States:**

_____     12/5/24
Ryan S. Rummage                            Date
Brett A. Janich