U.S. V. TERRANCE ALONZO PRUITT  CASE NUMBER: 2:24-cr-00283-AMM-NAD

EXHIBITS – JURY TRIAL  12/09/2024

PLAINTIFF –
**UNITED STATES OF AMERICA**

GOVERNMENT –
**RYAN S. RUMMAGE, AUSA**
**BRETT A. JANICH, AUSA**

DEFENDANT –
**TERRANCE ALONZO PRUITT**
**BRION D. RUSSELL, Defense Counsel**

COURT
**HON. ANNA M. MANASCO,** *presiding*

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) SUS | O/R | RES | RULING ON REOFFER SUS | O/R | REC'D COND. OR LTD. | RECEIVED | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | ✓ | | | | | | 12/9/24 | 12/9 | Power of Attorney |
| | 2 | ✓ | | | | | | 12/9/24 | | Photograph of Brenda Walker |
| | 3 | ✓ | | | | | | 12/9/24 | 12/9 | Dr. Frank Thomas CV |
| | 4 | ✓ | | | | | | 12/9/24 | 12/9 | January 23, 2023 Brenda Walker Medical Record |
| | 5 | ✓ | | | | | | 12/9/24 | 12/10 | Pruitt's June 22, 2023 Chapter 7 Bankruptcy Petition |
| | 6 | ✓ | | | | | | 12/9/24 | 12/10 | Summary of Pruitt's Student Loan Debt Balance |
| | 7 | ✓ | | | | | | 12/9/24 | 12/10 | Order Appointing Permanent Guardian and Conservator |
| | 8 | ✓ | | | | | | 12/9/24 | | Report of the Guardian Ad Litem |
| | 9 | ✓ | | | | | | 12/9/24 | 12/9 | Brenda Walker -2609 Checking Account September 2023 Statement |
| | 10 | ✓ | | | | | | 12/9/24 | 12/9 | Brenda Walker -8143 Savings Account September 2023 Statement |

STYLE: **U.S. V. TERRANCE ALONZO PRUITT**                    CASE NUMBER: **2:24-cr-00283-AMM-NAD**

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D COND. OR LTD. | RECEIVED | EXHIBITS – JURY TRIAL   12/09/2024 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | PLAINTIFF – **UNITED STATES OF AMERICA**  GOVERNMENT – **RYAN S. RUMMAGE, AUSA**  **BRETT A. JANICH, AUSA**  DEFENDANT – **TERRANCE ALONZO PRUITT**  **BRION D. RUSSELL, Defense Counsel**  COURT **HON. ANNA M. MANASCO,** *presiding* |
| | 11 | ✓ | | | | | | 12/9 | 12/9 | October 25, 2023 Wells Fargo Summary of Visit with Pruitt and Walker |
| | 12 | ✓ | | | | | | 12/9 | 12/9 | October 27, 2023 Wells Fargo Summary of Visit with Pruitt |
| | 13 | ✓ | | | | | | 12/9 | 12/9 | Brenda Walker -2609 Checking Account October 2023 Statement |
| | 14 | ✓ | | | | | | 12/9 | 12/9 | Brenda Walker -8143 Savings Account October 2023 Statement |
| | 15 | ✓ | | | | | | 12/9 | 12/9 | November 27, 2023 Wells Fargo Summary of Visit with Pruitt |
| | 16 | ✓ | | | | | | 12/9 | 12/9 | Wells Fargo Customer Notes for Brenda Walker |
| | 17 | ✓ | | | | | | 12/9 | 12/9 | Wells Fargo Customer Notes for Terrance Pruitt |
| | 18 | ✓ | | | | | | 12/9 | 12/9 | November 27, 2023 Relationship Change Application for Walker's -2609 Account |
| | 19 | ✓ | | | | | | 12/9 | 12/9 | November 27, 2023 Relationship Change Application for Walker's -8143 Account |
| | 20 | ✓ | | | | | | 12/9 | 12/9 | Brenda Walker -2609 Checking Account November 2023 Statement |

STYLE: **U.S. V. TERRANCE ALONZO PRUITT**               CASE NUMBER: **2:24-cr-00283-AMM-NAD**

EXHIBITS – **JURY TRIAL**    12/09/2024

PLAINTIFF –
**UNITED STATES OF AMERICA**

GOVERNMENT –
**RYAN S. RUMMAGE, AUSA**
**BRETT A. JANICH, AUSA**

DEFENDANT –
**TERRANCE ALONZO PRUITT**
**BRION D. RUSSELL, Defense Counsel**

COURT
**HON. ANNA M. MANASCO,** *presiding*

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) SUS / O/R / RES | RULING ON REOFFER SUS / O/R | RECD COND. OR LTD. | RECEIVED | Exhibit Description |
|---|---|---|---|---|---|---|---|
|  | 21 | ✓ |  |  |  | 12/9 | Brenda Walker -8143 Savings Account November 2023 Statement  12/9 |
|  | 22 | ✓ |  |  |  | 12/9 | Terrance Pruitt November 2023 Combined Statement of Accounts  12/9 |
|  | 23 | ✓ |  |  |  | 12/9 | December 19, 2023 Wells Fargo Summary of Visit with Pruitt |
|  | 24 | ✓ |  |  |  | 12/9 | December 19, 2023 Customer Account Application for Pruitt's -5757 Savings Account |
|  | 25 | ✓ |  |  |  | 12/9 | New Account Deposit Receipt for Pruitt's -5757 Savings Account |
|  | 26 | ✓ |  |  |  | 12/10 | Brenda Walker -2609 Checking Account December 2023 Statement  12/10 |
|  | 27 | ✓ |  |  |  | 12/10 | Brenda Walker -8143 Savings Account December 2023 Statement  12/10 |
|  | 28 | ✓ |  |  |  | 12/10 | Terrance Pruitt December 2023 Combined Statement of Accounts  12/10 |
|  | 29 | ✓ |  |  |  | 12/9 | Terrance Pruitt -5757 Way2Save Account December Statement |
|  | 30 | ✓ |  |  |  | 12/9 | Terrance Pruitt -5757 Way2Save Account January Statement |

STYLE: **U.S. V. TERRANCE ALONZO PRUITT**              CASE NUMBER: **2:24-cr-00283-AMM-NAD**

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD COND. OR LTD. | RECEIVED | EXHIBITS – JURY TRIAL     12/09/2024 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | PLAINTIFF – **UNITED STATES OF AMERICA** |
| | | | | | | | | | | GOVERNMENT – **RYAN S. RUMMAGE, AUSA** **BRETT A. JANICH, AUSA** |
| | | | | | | | | | | DEFENDANT – **TERRANCE ALONZO PRUITT** **BRION D. RUSSELL**, Defense Counsel |
| | | | | | | | | | | COURT **HON. ANNA M. MANASCO**, *presiding* |
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 31 | ✓ | | | | | | | 12/9/24 12/10 | Bank Statement Transfer Summary |
| | 32 | ✓ | | | | | | | 12/9/24 | Attorney-in-Fact Affidavit |
| | 33 | ✓ | | | | | | | 12/9/24 | Stipulation of the Parties |
| | 34 | ✓ | | | | | | | 12/10/24 | Video – interview w/ PJ Bullock |
| | 35 | ✓ | | | | | | | 12/10/24 | Video – interview of PJ Bullock |
| | 36 | | | | | | | | | |
| | 37 | | | | | | | | | |
| | 38 | | | | | | | | | |
| | 39 | | | | | | | | | |
| | 40 | | | | | | | | | |